

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 25–31359
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Courtney Brett Keene
8655 Westhope Street
Charlotte, NC 28216
Social Security No.: xxx–xx–6383

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 04/03/2026 as document(s) # 18 is defective for the reason(s) marked below:

Incorrect hearing time

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 6, 2026                                   Christine F Ramsey
                                                       Clerk of Court

Electronically filed and signed (4/6/26)