**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

COURTNEY BRETT KEENE,

      DEBTOR

CHAPTER 13
CASE NO.: 25-31359

## AMENDED NOTICE OF OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), by and through counsel, has filed a Motion for Relief from Automatic Stay on April 20, 2026.

TAKE FURTHER NOTICE that any response, including an objection to the relief requested in the Motion for Relief from Automatic Stay or a request for a hearing should be filed with the Clerk of the Bankruptcy Court within FOURTEEN (14) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed. A hearing shall be requested by filing and serving a response, including an objection and request for a hearing, within 14 days of the date of the service of this Notice. If no hearing is requested, the Court may decide the matter on the record before it.

Dated:  April 20, 2026       WOMBLE BOND DICKINSON (US) LLP

                 By:    /s/ Eudora F. S. Arthur
                      Eudora F. S. Arthur (NC Bar No. 59854)
                      555 Fayetteville Street, Suite 1100
                      Raleigh, NC 27601
                      Phone: (919) 755-2178
                      Email: Dorie.Arthur@wbd-us.com