

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 25–31359
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Courtney Brett Keene
8655 Westhope Street
Charlotte, NC 28216
Social Security No.: xxx–xx–6383

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Opportunity for Hearing filed in the above referenced case on 04/20/2026 as document(s) # 20 is defective for the reason(s) marked below:

Please include hearing information in Notice of Opportunity.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 21, 2026                                        Christine F Ramsey
                                                            Clerk of Court

Electronically filed and signed (4/21/26)